# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

NORBERT TECLAW

v.

TRADER JOE'S EAST, INC., INDIV

No. 2017-L-012614

Defendant Address:
TRADER JOE'S EAST, INC., INDIV
R/A PARACORP INCORPORATED
901 S 2ND STREET
SUITE 201
SPRINGFIELD, IL 62704

☑ SUMMONS  ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:
This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 32640
Name: CLIFFORD LAW OFFICES PC
Atty. for: NORBERT TECLAW
Address: 120 N LASALLE ST 3100
City/State/Zip Code: CHICAGO, IL 60602
Telephone: (312) 899-9090
Primary Email Address: cjs@cliffordlaw.com
Secondary Email Address(es):
bg@cliffordlaw.com

Witness: Tuesday, 12 December 2017

/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)  (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 1

EXHIBIT A

ELECTRONICALLY FILED
12/12/2017 9:20 AM
2017-L-012614
CALENDAR: D
PAGE 1 of 6
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

CJS/dat    11N-0108

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| NORBERT TECLAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. *Plaintiff Demands* |
| ) | *Trial by Jury* |
| ) | |
| TRADER JOE'S EAST, INC., Individually, ) | |
| and d/b/a TRADER JOE'S, ) | |
| ) | |
| Defendants, ) | |

### COMPLAINT AT LAW

Plaintiff, NORBERT TECLAW, through his attorneys, CLIFFORD LAW OFFICES, P.C., complaining of Defendants, TRADER JOE'S EAST, INC. Individually and d/b/a TRADER JOE'S, states as follows:

1. On and prior to March 13, 2016, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, was in the business of selling food and other items to the public in the Village of Oak Park, County of Cook, and State of Illinois.

2. On and before March 13, 2016, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, owned a business, store number 697, located at 483 North Harlem Avenue, in the Village of Oak Park, County of Cook, and State of Illinois.

3. On and before, March 13, 2016, Defendant, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, controlled a business, store number 697, located at 483 North Harlem Avenue, in the Village of Oak Park, County of Cook, and State of Illinois.

4. On and before March 13, 2016 Defendant, TRADER JOE'S EAST, INC., Individually,

ELECTRONICALLY FILED
12/12/2017 9:20 AM
2017-L-012614
PAGE 2 of 6

and d/b/a TRADER JOE'S, maintained a business, store number 697, located at 483 North Harlem Avenue, in the Village of Oak Park, County of Cook, and State of Illinois.

5. On and before March 13, 2016, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, operated a business, store number 697, located at 483 North Harlem Avenue, in the Village of Oak Park, County of Cook, and State of Illinois.

6. On and before March 13, 2016, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, within its aforesaid facility, owned the floors of the store at the above-referenced location.

7. On and before March 13, 2016, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, within its aforesaid facility, operated the floors of the store at the above-referenced location.

8. On On and before March 13, 2016, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, within its aforesaid facility, managed the floors of the store at the above-referenced location.

9. On and before March 13, 2016, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, within its aforesaid facility, maintained the floors of the store at the above-referenced location.

10. On and before March 13, 2016, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, within its aforesaid facility, controlled the floors of the store at the above-referenced location.

11. Prior to March 13, 2016, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, knew or should have known that unnatural accumulations of liquids on its

2

floor could cause customers to slip, trip and fall.

12. Prior to March 13, 2016, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, knew or should have known that when unnatural accumulations of liquid on its floor exist, it creates a fall hazard for its customers.

13. On March 13, 2016, there existed an unnatural accumulation of liquid on the floor of Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, store number, 697, located at 483 North Harlem Avenue, in the Village of Oak Park, County of Cook, and State of Illinois.

14. On July March 13, 2016, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, even thought it knew or should have known an unnatural accumulation of liquid on the floor created a fall hazard, it continued to allow the liquid to remain in that condition.

15. On March 13, 2016, and at all times mentioned herein, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, owed a duty by and through its agents, servants, and employees, to keep the premises in a reasonably safe condition.

16. On March 13, 2016, Plaintiff, NORBERT TECLAW, was a business-invitee of Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, at store number, 697, located at 483 North Harlem Avenue, in the Village of Oak Park, County of Cook, and State of Illinois.

17. On March 13, 2016, and at all times relevant, Plaintiff, NORBERT TECLAW, was lawfully on said premise.

18. At the aforementioned time and place, Plaintiff, NORBERT TECLAW, was caused to fall on an unnatural accumulation of liquid on the floor.

ELECTRONICALLY FILED
12/12/2017 9:20 AM
2017-L-012614
PAGE 3 of 6

3

ELECTRONICALLY FILED
12/12/2017 9:20 AM
2017-L-012614
PAGE 4 of 6

19. On March 13, 2016, and at all times mentioned herein, Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, was negligent in that:

    a. Created a dangerous condition on its premise by allowing an unnatural accumulation of liquid to exist on its floor;

    b. Created a dangerous condition on its premise by failing to remove the unnatural accumulation of liquid that was on the floor;

    c. Created a dangerous condition by not properly monitoring the area of the floor in question so as to identify potential unnatural accumulations of liquid;

    d. Created a dangerous condition by not warning the Plaintiff of the dangerous condition of said premises, i.e., the unnatural accumulation of liquid, when the Defendant knew, or should have known, that said warning was necessary to prevent injury to the Plaintiff and others; and

    e. Created a dangerous condition on its premise by failing to barricade, cone or otherwise block off the aforesaid area of the floor where the unnatural accumulation of liquid was.

20. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions, Plaintiff, NORBERT TECLAW, sustained injuries of a personal, permanent and pecuniary nature.

WHEREFORE, Plaintiff, NORBERT TECLAW, prays that judgment be entered against the Defendant, TRADER JOE'S EAST, INC., Individually, and d/b/a TRADER JOE'S, for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).


By: _____
Attorney for Plaintiff

Craig J. Squillace
CLIFFORD LAW OFFICES, P.C.
120 North LaSalle Street
31st Floor
Chicago, Illinois 60602
312/899-9090
Atty. No. 32640

ELECTRONICALLY FILED
12/12/2017 9:20 AM
2017-L-012614
PAGE 5 of 6

5

CJS/dat    11N-0108

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| NORBERT TECLAW, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>TRADER JOE'S EAST, INC., Individually, )<br>and d/b/a TRADER JOE'S, )<br>)<br>    Defendants, ) | No. |

ELECTRONICALLY FILED
12/12/2017 9:20 AM
2017-L-012614
PAGE 6 of 6

**AFFIDAVIT REGARDING DAMAGES SOUGHT**

Plaintiff, NORBERT TECLAW, by his attorney, CRAIG J. SQUILLACE, being first duly sworn under oath, states as follows:

1. That the affiant is one of the attorneys of record for the Plaintiff in this matter.

2. That the total money damages sought in this civil action exceeds the amount of $50,000.00.

FURTHER AFFIANT SAYETH NOT.

By: _____
      CRAIG J. SQUILLACE

[X]    Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993), I certify that the statements set forth herein are true and correct.